ACCEPTED
03-14-00323-CV
4516550
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 3:50:13 PM
JEFFREY D. KYLE
CLERK

# KASLING, HEMPHILL, DOLEZAL & ATWELL, L.L.P.

## 301 CONGRESS AVENUE, SUITE 300
## AUSTIN, TEXAS 78701
## (512) 472-6800
## FAX: (512) 472-6823

March 16, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/16/2015 3:50:13 PM

JEFFREY D. KYLE
Clerk

_**Via E-file**_

Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

> RE: Cause No. 03-14-00323-CV; _Roger Bufler and Sandy Bufler v. Apeck_; In the Court of Appeals for the Third District Court of Texas, Austin, Texas

Dear Sir or Madam:

I would like to waive the request for oral arguments regarding the above referenced matter.

Thank you very much for your assistance in this matter and please call if you have any questions.

Sincerely,

Trey L. Dolezal

TLD/mac

cc: Rodney Geer – _Via E-file_